UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

United States District Court
Southern District of Texas
FILED
APR 1 4 2015
CLERK OF COURT
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | CRIMINAL NO. L-15-382 |
| JUAN HINOJOSA | § § § | |

**SEALED INDICTMENT**

**THE GRAND JURY CHARGES THAT:**

**COUNT ONE**

On or about November 30, 2012, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**JUAN HINOJOSA,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, a firearm namely, a Remington rifle, Model: 597 VTR, Caliber: .22, with serial number C2617247.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT TWO

On or about November 30, 2012, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**JUAN HINOJOSA,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, a firearm namely, a Colt pistol, model MKIV, Caliber:.45, with serial number 80BS12940.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT THREE

On or about November 30, 2012, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**JUAN HINOJOSA,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, a firearm namely, a Colt pistol, Model MKIV, in Caliber: .45, with serial number FL04503E.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT FOUR

On or about November 30, 2012, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**JUAN HINOJOSA,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, a firearm namely, a Pietro Beretta pistol, Model: 950B, Caliber: .22, with serial number C22378.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT FIVE

On or about June 6, 2013, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**JUAN HINOJOSA,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, a firearm, namely, namely, a Sig Sauer pistol, 9 millimeter, Model P6, with serial number M527350.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL:

**ORIGINAL SIGNATURE ON FILE**

FOREMAN OF THE GRAND JURY

KENNETH MAGIDSON
UNITED STATES ATTORNEY

JOSE HOMERO RAMIREZ
Assistant United States Attorney

USA-74-24b
(Rev. 6-1-71)

# CRIMINAL DOCKET

**L 15-382**

NO. _____

__LAREDO__ DIVISION

FILE: 2013R27961
__SEALED INDICTMENT__

APR 1 4 2015

Filed: _____    Judge: _____

ATTORNEYS:

UNITED STATES OF AMERICA

VS.

__KENNETH MAGIDSON, USA__
__JOSE HOMERO RAMIREZ, AUSA__

**JUAN HINOJOSA**

**CHARGE:** Ct. 1-5: Possession of Firearms by convicted felon [18 USC 922(g)(1), 924(a)(2)]

**TOTAL COUNTS: 5**

**PENALTY:** Cts. 1-5: 10 Years, $250,000.00, $100.00 Special Assessment,
Not More Than a 3 Year Term of Supervised Release

In Jail:

On Bond:

Name & Address of Surety:

No Arrest: